Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Allison Vana (Bar No. 228282)
AVana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. BONENFANT, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>STANDARD INSURANCE COMPANY, a corporation; and DOES 1 through 30, inclusive,<br><br>         Defendants. | Case No. 2:10-CV-00361-FCD-KJN<br><br>ORDER UPON STIPULATION TO CONTINUE DEADLINE FOR COMPLETING NON-EXPERT DISCOVERY |

The Court, having reviewed the Stipulation to Continue Deadline for Completing Non-Expert Discovery between Plaintiff Deborah A. Bonenfant and Defendant Standard Insurance Company finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for the completion of non-expert discovery shall be continued to January 31, 2011.

Dated: October 27, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

1