Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Allison Vana (Bar No. 228282)
AVana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. BONENFANT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STANDARD INSURANCE COMPANY, a corporation; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No. 2:10-CV-00361-KJM-KJN<br><br>ORDER UPON STIPULATION TO CONTINUE DISCOVERY AND EXPERT DISCLOSURE DEADLINES |

The Court, having reviewed the Stipulation to Continue Discovery and Expert Disclosure Deadlines between Plaintiff Deborah A. Bonenfant and Defendant Standard Insurance Company finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED as follows:

1.　　The deadline for the completion of non-expert discovery is continued to June 10, 2011.

2.　　The deadline for the initial designation of expert witnesses and reports is continued to June 30, 2011.


LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

Case No.  2:10-CV-00361-KJM-KJN
ORDER UPON STIPULATION TO CONTINUE

1

1    3.    The deadline for the supplemental designation of expert witnesses and
2 reports is continued to July 15, 2011.

3    4.    The deadline for the completion of expert discovery is continued to
4 July 29, 2011.

5    5.    The deadline for hearing all dispositive motions, except motions for
6 continuances, temporary restraining orders, or other emergency applications,
7 remains June 10, 2011.

8    6.    The Final Pretrial Conference remains set for August 12, 2011, at
9 2:30 p.m.

10    7.    The jury trial remains set for October 18, 2011, at 9:00 a.m.

11
12 Dated: April 28, 2011.

_____
UNITED STATES DISTRICT JUDGE


LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

2

Case No. 2:10-CV-00361-KJM-KJN
ORDER UPON STIPULATION TO
CONTINUE