1  Linda M. Lawson (Bar No. 77130)
   LLawson@mmhllp.com
2  Allison Vana (Bar No. 228282)
   AVana@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   STANDARD INSURANCE COMPANY

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 DEBORAH A. BONENFANT, an          )  Case No. 2:10-CV-00361-KJM-KJN
   individual,                       )
12                                   )  ORDER UPON STIPULATION TO
              Plaintiff,             )  CONTINUE DATES
13                                   )
         vs.                         )
14                                   )
   STANDARD INSURANCE                )
15 COMPANY, a corporation; and DOES  )
   1 through 30, inclusive,          )
16                                   )
              Defendants.            )
17                                   )

18

19       The Court, having reviewed the Stipulation to Continue Dates between

20 Plaintiff Deborah A. Bonenfant and Defendant Standard Insurance Company finds

21 that good cause exists to enter an order approving said Stipulation.

22       Accordingly, IT IS HEREBY ORDERED as follows:

23       1.   The hearing on Defendant Standard Insurance Company's Motion for

24 Summary Adjudication with Respect to Plaintiff's Second Claim for Relief and

25 Claim for Punitive Damages is continued to July 13, 2011 at 10:00 a.m.;

26

27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

118461.1                          1

Case No. 2:10-CV-00361-KJM-KJN
ORDER UPON STIPULATION TO
CONTINUE DATES

2. The deadline for hearing all dispositive motions, except motions for continuances, temporary restraining orders, or other emergency applications, is continued to July 13, 2011;

3. The deadline for the initial designation of expert witnesses and reports is continued to July 29, 2011;

4. The deadline for the supplemental designation of expert witnesses and reports is continued to August 12, 2011;

5. The deadline for the completion of expert discovery is continued to August 26, 2011;

6. The Final Pretrial Conference is continued to September 14, 2011 at 11:00 a.m.;

7. The jury trial is continued to October 31, 2011 at 9:00 a.m.; and

8. The deadline for the completion of non-expert discovery remains on June 10, 2011.

The court notes that this is the fourth stipulation to reset dates submitted by parties. Future modifications to the scheduling order will not be made absent extraordinary circumstances.

Dated: May 31, 2011,

_____
UNITED STATES DISTRICT JUDGE



LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

118461.1

2

Case No. 2:10-CV-00361-KJM-KJN
ORDER UPON STIPULATION TO
CONTINUE DATES